UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

YANNIER LUIS FUENTES FORMOSO,
Petitioner,

v.

WARDEN, IMPERIAL REGIONAL DETENTION FACILITY, et al.,
Respondents.

Case No.: 3:26-cv-5678-CAB-JLB

**ORDER TO SHOW CAUSE**

Petitioner Yannier Luis Fuentes Formoso, an immigration detainee proceeding pro se,[1] has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which he alleges that he was detained for the first time by immigration authorities on August 19, 2026 and should be released from custody. [Doc. No. 1 ("Petition").]

It appears from the Petition that Petitioner should be detained pursuant to 8 U.S.C. § 1226 and so eligible for a bond hearing. *Rodriguez Vazquez v. Bostock*, 183 F.4th 1160 (9th Cir. 2026). It is the Court's understanding that following *Rodriguez Vazquez*, immigration judges in this Circuit have been conducting bond hearings.

[1] Petitioner may be interested in contacting Federal Defenders of San Diego to see if a Federal Defender can represent Petitioner in this matter. The telephone number for Federal Defenders' San Diego Office is 619-234-8467 (Toll Free: 888-614-9867) and the El Centro Office is 760-335-3510 (Toll Free: 877-404-9063).

Petitioner is therefore **ORDERED TO SHOW CAUSE** by **October 16, 2026** whether he requested a bond hearing pursuant to *Rodriguez Vazquez* before filing the instant Petition.

It is **SO ORDERED**.

Dated: October 5, 2026

Hon. Cathy Ann Bencivengo
United States District Judge